UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID J. DEARINGER and GANNA P. DEARINGER,<br><br>                         Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>                         Defendant. | CASE NO. 2:21-cv-00060-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiffs' application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiffs may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiffs.

DATED this 21st day of January, 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1