THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID DEARINGER AND GANNA DEARINGER,<br><br>               Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>               Defendant. | CASE NO. C21-0060-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant's unopposed motion to lift the stay in this case (Dkt. No. 31) is GRANTED. (*See also* Dkt. No. 30-1 (Washington Supreme Court decision resolving certified question).). It is further ORDERED as follows:

1. Defendant's motion to dismiss (Dkt. No. 14) is RE-NOTED for June 21, 2022;

2. On or before that date, Defendant to file a supplemental reply brief addressing only those issues set forth in Plaintiff's procedurally improper second opposition brief (Dkt. No. 32). Defendants' supplemental reply must not exceed nine pages.

3. Plaintiff is admonished not to file any further procedurally improper briefs. The Court expects all parties—including those appearing *pro se*—to consult and comply with the Court's local rules. The Court may strike any further filings of this sort without notice.

DATED this 14th day of June 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk