THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID J. DEARINGER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00060-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT ELI LILLY AND COMPANY'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO SET EXPERT DEADLINES |

Before the Court is Defendant Eli Lilly and Company's Unopposed Motion to Amend the Scheduling Order to Set Expert Deadlines.  This Court having considered the motion and the materials submitted, and good cause appearing, hereby:

GRANTS Defendant Eli Lilly and Company's Motion to Amend the Scheduling Order and to Set Expert Deadlines as follows:

[~~PROPOSED~~] ORDER GRANTING ELI LILLY'S
UNOPPOSED MOTION TO AMEND THE SCHEDULING
ORDER TO SET EXPERT DEADLINES
CASE NO. 2:21-CV-00060-JCC

1

- Plaintiffs' expert reports are to be served by December 6, 2023.

- Defendant's expert reports are to be served by January 5, 2024.

It is so ORDERED.

Dated this 9th day of November 2023.

JOHN C. COUGHENOUR
DISTRICT COURT JUDGE

Presented by:
SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Anne M. Talcott*
Anne M. Talcott, WSBA #26886
atalcott@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981

*Attorneys for Defendant*

[PROPOSED] ORDER GRANTING ELI LILLY'S
UNOPPOSED MOTION TO AMEND THE SCHEDULING
ORDER TO SET EXPERT DEADLINES
CASE NO. 2:21-CV-00060-JCC

2