THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID J. DEARINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | Case No. 2:21-cv-00060-JCC <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO FILE UNDER SEAL |

THIS MATTER comes before the Court on Defendant Eli Lilly and Company's Stipulated Motion to File Under Seal. (Dkt. No. 61.) Having reviewed the Motion and all related papers the Court finds that because Exhibits 6, 7, 9, 10, and 11 to the Declaration of Anne Talcott in Support of Eli Lilly and Company's Motion for Summary Judgment are confidential, sensitive medical records of Plaintiff David Dearinger, there are compelling reasons to allow Exhibits 6, 7, 9, 10, and 11 to be filed under seal.

//
//
//
//
//

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO FILE UNDER SEAL
CASE NO. 2:21-CV-00060-JCC

The Court GRANTS the motion and ORDERS that Exhibits 6, 7, 9, 10, and 11 to the Talcott Declaration be filed and maintained under seal.

It is so ORDERED.

Dated this 5th day of December 2023.

JOHN C. COUGHENOUR
DISTRICT COURT JUDGE

Presented by:
SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Anne M. Talcott*
    Anne M. Talcott, WSBA #26886
    atalcott@schwabe.com
    1211 SW 5th Ave., Suite 1900
    Portland, OR 97204
    Telephone: (503) 222-9981

*Attorneys for Defendant*