THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID J. DEARINGER, *et al.*, | CASE NO. C21-0060-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 87) and motion for an extension of deadlines (Dkt. No. 76.) Pursuant to LCR 7(h)(3), the Court INSTRUCTS Defendant to file a response to Plaintiffs' motion (Dkt. No. 87) no later than January 22, 2024. It should not exceed ten (10) pages and be limited to the issues identified in Plaintiffs' motion. (*See id.* at 1–4.) Plaintiffs may file a reply that should not exceed ten (10) pages by February 12, 2024.

Furthermore, in light of Plaintiffs' unopposed motion for an extension of time (*See* Dkt. Nos. 76, 85), the Court hereby enters the following case scheduling dates: Trial is set for 8/26/2024 at 9:30 a.m. in Courtroom 16206 before U.S. District Judge John C. Coughenour;

- Discovery completed by 4/8/2024

- 39.1 mediation to be completed by 4/22/2024
- Dispositive motions due by 5/20/2024
- Pretrial Order due by 7/24/2024
- Motions in Limine due by 7/24/2024
- Verdict forms and jury instructions due by 7/26/2024,
- Trial briefs due by 7/26/2024.

DATED this 8th day of January 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
